# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-14611-MDC

IRIS V LOPEZ

4605 HURLEY STREET

PHILADELPHIA, PA 19120-4530

    Debtor

**CERTIFICATE OF SERVICE**

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    IRIS V LOPEZ

    4605 HURLEY STREET

    PHILADELPHIA, PA 19120-4530

**Counsel for debtor(s), by electronic notice only.**
    MICHAEL D. WARD ESQUIRE
    1800 JFK BLVD
    SUITE 300
    PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 10/4/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee